### WINN, administrator, *et al.* v. WRIGHT *et al.*

ATKINSON, J. Under the pleadings and evidence in this case there was no abuse of discretion in refusing the injunction to the extent to which it was refused by the presiding judge.

> *Judgment affirmed. All the Justices concur.*

Argued February 17,—Decided April 14, 1909.

Petition for injunction. Before Judge Lewis. Greene superior court. January 14, 1909.

*Park & Park* and *J. E. Pottle,* for plaintiffs.

*James Davison* and *Samuel H. Sibley,* for defendants.